Keese agt. Wyman.

---

## SUPREME COURT.

### KEESE agt. WYMAN.

Costs, on an offer of judgment, not accepted.

*At Chambers, May* 1853. The action was to recover land. The defendant sent with his answer, which was a general denial of the complaint, an offer under § 385, allowing the plaintiff to take judgment for a certain part of the premises claimed. The offer was not accepted, and notice of trial was served within two days thereafter. The plaintiff did not obtain a more favorable judgment than the offer.

The questions were as to the costs to be allowed to each, and extra costs.

R. S. HALE, *for Plaintiff.*

J. E. McVine, *for Defendant.*

HAND, Justice—Allowed the plaintiff $12 and his disbursements up to the time of the offer; but disallowed all costs and disbursements after that (including disbursements on entering up judgment).

He also allowed the defendant full costs, excepting $5 (costs before notice of trial), but no costs of entering up a separate judgment for his costs.

He also disallowed extra costs to the defendant.